# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 20-1379**  **September Term, 2022**
FILED ON: MAY 16, 2023

CENTER FOR BIOLOGICAL DIVERSITY AND SIERRA CLUB,
    PETITIONERS

v.

FEDERAL ENERGY REGULATORY COMMISSION,
    RESPONDENT

ALASKA GASLINE DEVELOPMENT CORPORATION,
    INTERVENOR

On Petition for Review of Orders
of the Federal Energy Regulatory Commission

Before: RAO and WALKER, *Circuit Judges*, and RANDOLPH,* *Senior Circuit Judge*

## **J U D G M E N T**

This cause came on to be heard on the petition for review of orders of the Federal Energy Regulatory Commission and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the petition for review be dismissed in part and denied in part, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:   /s/

        Daniel J. Reidy
        Deputy Clerk

Date: May 16, 2023

Opinion for the court filed by Circuit Judge Rao.

* Senior Circuit Judge Randolph was a member of the panel at the time the case was argued but did not participate in the opinion.